Judge: Christopher M. Alston
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

SHARON ANNETT JOHNSON,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 25-13296-CMA

NOTICE OF CONTINUED MEETING OF CREDITORS

PLEASE TAKE NOTICE that the **Meeting of Creditors** is CONTINUED to:

Date: **January 12, 2026**

Time: **1:00 pm**

THE MEETING shall be conducted by Zoom:

Meeting ID: **284 684 9773**

Passcode: **9420105945**

IF THE DEBTOR FAILS TO APPEAR AT THE CONTINUED MEETING, THE CHAPTER 13 TRUSTEE MAY APPLY FOR AN ORDER DISMISSING THIS CASE WITHOUT FURTHER NOTICE pursuant to Local Bankruptcy Rule 1017-1(e) and the United States Bankruptcy Court's Notice of Chapter 13 Bankruptcy Case.

Dated: December 22, 2025

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

NOTICE OF CONTINUED MEETING OF CREDITORS

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Case 25-13296-CMA   Doc 15   Filed 12/22/25   Ent. 12/22/25 13:51:07   Pg. 1 of 1